UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONY B. PRICE,<br><br>                    Plaintiff,<br><br>          v.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>                    Defendant. | Case No. C15-302-JCC-BAT<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff appeals the denial of his applications for disability benefits. Dkt. 3. The parties stipulate the case should be reversed and remanded for further administrative proceedings, including a de novo hearing and a new decision. Dkt. 15. The Court has considered the stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g).

On remand, the Administrative Law Judge ("ALJ") will offer plaintiff a de novo hearing, reconsider the evidence provided by reviewing psychologists, reassess plaintiff's residual functional capacity, complete the remaining steps of the sequential evaluation process, and issue a new decision.

The parties further stipulate that plaintiff will be entitled to reasonable attorney fees,

REPORT AND RECOMMENDATION - 1

1   costs, and expenses pursuant to 28 U.S.C. § 2412, upon proper request to the Court.

2       Because the parties have stipulated the case be remanded as set forth above, the Court

3   recommends that United States District Judge John C. Coughenour immediately approve this

4   Report and Recommendation and order the case **REVERSED** and **REMANDED** for further

5   administrative proceedings as set forth above.  A proposed order accompanies this Report and

6   Recommendation.

7       DATED this 21st day of August, 2015.

*(signature)*

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2