1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

TONY B. PRICE,

8

Plaintiff,

Case No. C15-0302-JCC-BAT

9

v.

**ORDER**

10

11

CAROLYN W COLVIN, Acting Commissioner
of Social Security,

12

Defendant.

13

The Court, having considered the stipulated motion for remand (Dkt. No. 15), the Report

14

and Recommendation of United States Magistrate Judge Brian A. Tsuchida (Dkt. No. 16), and the

15

balance of the record, ORDERS:

16

(1)    The Court adopts the Report and Recommendation.

17

(2)    The Commissioner's decision is REVERSED and the case is REMANDED for

18

further proceedings consistent with the Report and Recommendation.

19

(3)    The Clerk shall send copies of this Order to the parties.

20

//
//

21

//
//

22

//
//

23

//
//

ORDER - 1

1    DATED this 25th day of August, 2015.

2

3

4

5
_____
6    JOHN C. COUGHENOUR
     United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2